**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) CR-13-08049-PCT-PGR (MHB) |
| Plaintiff, | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| Arnold Yazzie, | ) |
| Defendant. | ) |
| | ) |

A pretrial revocation hearing on the petition on violation of release conditions was held on August 29, 2013.

**THE COURT FINDS** that Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release.

**THE COURT FINDS** that there is probable cause to believe that the Defendant absconded from Recovery Homes, Inc in violation of the rules of placement on or about August 5, 2013.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by conditions of release if he were to be released.

1

2          **IT IS ORDERED** that Defendant shall be detained pending further order of

3     the court.

4          DATED this 3rd day of September, 2013.

5

6                                        Lawrence O. Anderson
                                         United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28